UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY SIMS | * | CIVIL ACTION NO. 2:15-cv-2466 |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| STATE OF LOUISIANA ET AL. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 13) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 16), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the claims filed in this action against **Jessica Prudhomme White** be **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this ___ day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE