UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GARY SIMS** | : | **CIVIL ACTION NO. 15-cv-2466** |
| **VERSUS** | : | **JUDGE JAMES** |
| **MELISSA ROSS, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 50] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 44] be **GRANTED** and that all claims in this matter be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 20th day of May, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE